# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV130

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> Vs. <br><br> SYLVIA WILLIAMS, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's response to the Court's Show Cause Order and unopposed motion for an extension of time for the Defendant to respond to the complaint herein.

Because the parties are working to resolve this litigation, the Court will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that the Defendant has to and including September 29, 2006, in which to file answer or otherwise respond to the complaint herein.

Signed: September 5, 2006

Lacy H. Thornburg
United States District Judge