**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:06CV130**

| | |
|---|---|
| **ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **Vs.** | )      **O R D E R** ) |
| **SYLVIA WILLIAMS,** | ) ) |
| **Defendant.** | ) ) |

       **THIS MATTER** is before the Court on Plaintiff's Notice of Settlement

and request for 60 days in which to complete settlement.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the parties have to and including November 27, 2006, in which to finalize the settlement in this matter and file the appropriate settlement documents.

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge